UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-60679-WPD

JAMES DANIEL SWARTHOUT,
DANIEL THOMAS WILLIAMS,

    Plaintiffs,

vs.

ACCURATE LAND SURVEYORS, INC.,
ROBERT L. THOMPSON,
CHRISTOPHER CARVELL,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants, ROBERT L. THOMPSON and CHRISTOPHER CARVELL, by and through their undersigned counsel, hereby file this Unopposed Motion for Extension of Time to Respond to Complaint, and in support state:

1. Defendant, Robert L. Thompson was served with Plaintiffs' Complaint on April 6, 2016. [D.E. 4]

2. Defendant, Christopher Carvell was served with Plaintiffs' Complaint on April 12, 2016. [D.E. 4]

3. Defendants' responses are due on Wednesday, April 27, 2016 and Tuesday, May 3, 2016, respectively.

4. Undersigned counsel has just recently been retained to represent Defendants and requires additional time within which to investigate the allegations in the Complaint and to

CASE NO. 16-CV-60679-WPD

properly prepare a response. In addition, the undersigned will be out of town during this time period returning on May 3, 2016 (the due date for the response on behalf of Mr. Carvell).

5. Defendants seek a twenty (20) day extension of time, up through and including, Monday, May 23, 2016, to respond to Plaintiffs' Complaint.

6. This request for an extension of time is made in good faith and not for any dilatory purpose. Further, there will be no prejudice to the Plaintiffs if such extension is granted.

7. Federal Rule of Civil Procedure 6(h) permits this Court to grant enlargements of time. Motions for enlargement of time should be liberally granted, absent a showing of bad faith on the part of the moving party or undue prejudice to the other party. See e.g., <u>United States v. Miller Brothers Construction Co.</u>, 50 F.2d 1031, 1035 (10th Cir. 1974).

8. Pursuant to Local Rule 7.1(a), the undersigned has conferred with Plaintiffs' counsel and they do not oppose such an extension.

9. A proposed Order granting this Motion is attached hereto.

WHEREFORE, Defendants, ROBERT L. THOMPSON and CHRISTOPHER CARVELL respectfully request that this Court enter an Order granting a twenty (20) day extension of time, up and through May 23, 2016, within which to file a response to the Complaint, and grant any further relief the Court deems just and proper.

> **ADELSON LAW FIRM**
> Counsel for Defendants
> Broward Financial Centre
> 500 E. Broward Boulevard, Suite 1700
> Fort Lauderdale, FL  33394
> Tel.:  954-453-5325
> Fax:  954-369-1412
>
> By: *s/Lori Adelson*
> LORI ADELSON
> Florida Bar No.:  196428
> LAdelson@AdelsonLawMediation.com

CASE NO. 16-CV-60679-WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: s/Lori Adelson
LORI ADELSON
Florida Bar No.:  196428

## SERVICE LIST

| | |
|---|---|
| Elliot Kozolchyk, Esq. | Lori Adelson, Esq. |
| **KOZ LAW, P.A.** | **ADELSON LAW FIRM** |
| Counsel for Plaintiffs | Counsel for Defendants |
| 320 S.E. 9th Street | Broward Financial Centre |
| Fort Lauderdale, Florida 33316 | 500 E. Broward Boulevard, Suite 1700 |
| Phone: 786-924-9929 | Fort Lauderdale, FL  33394 |
| Fax: 786-358-6071 | Tel.: 954-453-5325 |
| ekoz@kozlawfirm.com | Fax:  954-369-1412 |
| | LAdelson@AdelsonLawMediation.com |