UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-60679-WPD

JAMES DANIEL SWARTHOUT,
DANIEL THOMAS WILLIAMS,

      Plaintiffs,

vs.

ACCURATE LAND SURVEYORS, INC.,
ROBERT L. THOMPSON,
CHRISTOPHER CARVELL,

      Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants, ROBERT L. THOMPSON and CHRISTOPHER CARVELL ("Defendants"), by and through their undersigned counsel, hereby file this Unopposed Motion for Additional Enlargement of Time to Respond to Plaintiffs' Complaint, and in support state:

1.      Defendants' response to the Plaintiffs' Complaint is currently due on May 23, 2016. [D.E. 8]

2.      Defendants respectfully seek a brief (14) day enlargement of time, through Monday, June 6, 2016, to respond to the Complaint.

3.      Defendants seek such an extension, for the sake of judicial economy and to avoid incurring additional and unnecessary legal fees and costs, as the parties are currently engaged in active settlement negotiations and believe that they are close to settling the matter.

4.      Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendants conferred with Plaintiffs' counsel who stated that they do not oppose the relief requested herein.

CASE NO. 16-CV-60679-WPD

5.      This request for an extension of time is made in good faith and is not made for any improper

purpose or to delay this proceeding.

6.      A proposed Order granting this Motion is attached as Exhibit A.

WHEREFORE, Defendants respectfully request that this Court grant this Unopposed Motion for

Additional Enlargement of Time to Respond to Plaintiffs' Complaint through Monday, June 6, 2016, and

for such other further relief the Court deems just and proper.

Dated: May 20, 2016

Respectfully submitted,

**ADELSON LAW FIRM**
Counsel for Defendants
Broward Financial Centre
500 E. Broward Boulevard, Suite 1700
Fort Lauderdale, FL  33394
Tel.:  954-453-5325
Fax:  954-369-1412

By: *s/Lori Adelson*
      LORI ADELSON
      Florida Bar No.:  196428
      LAdelson@AdelsonLawMediation.com

CASE NO. 16-CV-60679-WPD

## CERTIFICATE OF SERVICE

We hereby certify that May 20, 2016, we electronically filed the foregoing document with the

Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this

day on counsel of record or pro se parties identified in the attached Service List in the manner specific,

either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other

authorized manner for those counsel or parties who are not authorized to receive electronically Notices

of Filing.

By: s/Lori Adelson
    LORI ADELSON
    Florida Bar No.:  196428

## SERVICE LIST

| | |
|---|---|
| Elliot Kozolchyk, Esq. | Lori Adelson, Esq. |
| **KOZ LAW, P.A.** | **ADELSON LAW FIRM** |
| Counsel for Plaintiffs | Counsel for Defendants |
| 320 S.E. 9th Street | Broward Financial Centre |
| Fort Lauderdale, FL 33316 | 500 E. Broward Boulevard, Suite 1700 |
| Tel: 786-924-9929 | Fort Lauderdale, FL 33394 |
| Fax: 786-358-6071 | Tel.:  954-453-5325 |
| ekoz@kozlawfirm.com | Fax:  954-369-1412 |
| | LAdelson@AdelsonLawMediation.com |