UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60679-CIV-DIMITROULEAS

JAMES DANIEL SWARTHOUT,
DANIEL THOMAS WILLIAMS,

    Plaintiff,

v.

ACCURATE LAND SURVEYORS, INC.,
ROBERT L. THOMPSON,
CHRISTOPHER CARVELL,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME

THIS CAUSE is before the Court upon Defendants' Unopposed Motion for Additional Extension of Time to Respond to Complaint (the "Motion") [DE 9]. The Court has carefully considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Motion [DE 9] is hereby **GRANTED**.

2. Defendants Robert L. Thompson and Christopher Carvell may respond to the Complaint on or before **June 6, 2016**.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of May 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies furnished to:

Counsel of record