UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-60679-WPD

JAMES DANIEL SWARTHOUT,
DANIEL THOMAS WILLIAMS,

    Plaintiffs,

vs.

ACCURATE LAND SURVEYORS, INC.,
ROBERT L. THOMPSON,
CHRISTOPHER CARVELL,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that LORI ADELSON, ESQ. and the ADELSON LAW FIRM hereby files this Notice of Appearance as counsel for Defendants, Robert L. Thompson and Christopher Carvell, and requests that the Clerk of Court furnish all pleadings, notices, documents and all other matters in this proceeding to the undersigned.

Dated this 6th day of June, 2016.

          Respectfully submitted,

          /s/ Lori Adelson
          Lori Adelson, Esq.
          Florida Bar No. 196428
          **ADELSON LAW FIRM**
          *Counsel for Defendants*
          *Robert L. Thompson*
          *and Christopher Carvell*
          Broward Financial Centre
          500 E. Broward Boulevard, Suite 1700
          Fort Lauderdale, FL  33394
          Tel.:  954-453-5325
          Fax:  954-369-1412
          ladelson@adelsonlawmediation.com

## CERTIFICATE OF SERVICE

We hereby certify that June 6, 2016, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on counsel of record or pro se parties identified in the attached Service List in the manner specific, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: s/Lori Adelson
LORI ADELSON
Florida Bar No.: 196428

## SERVICE LIST

Elliot Kozolchyk, Esq.
**KOZ LAW, P.A.**
*Counsel for Plaintiffs*
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: 786-924-9929
Fax: 786-358-6071
ekoz@kozlawfirm.com

Lori Adelson, Esq.
**ADELSON LAW FIRM**
*Counsel for Defendants*
*Robert L. Thompson*
*and Christopher Carvell*
Broward Financial Centre
500 E. Broward Boulevard, Suite 1700
Fort Lauderdale, FL  33394
Phone:  954-453-5325
Fax:  954-369-1412
LAdelson@AdelsonLawMediation.com