**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 16-cv-60679-Dimitrouleas/Snow

JAMES DANIEL SWARTHOUT,
DANIEL THOMAS WILLIAMS,

        Plaintiffs,

v.

ACCURATE LAND SURVEYORS, INC.,
ROBERT L. THOMPSON,
CHRISTOPHER CARVELL,

        Defendants.

_____/

## NOTICE OF SETTLEMENT

      Plaintiffs notify the Court that the parties have reached a tentative agreement to settle this

matter subject to the parties' agreement on the specific terms. The parties will file the appropriate

paperwork for approval of the settlement pursuant to *Lynn's Food Stores, Inc. v. United States*,

679 F.2d 1350 (11th Cir. 1982).

Date: Tuesday, June 14, 2016.

                      Respectfully submitted,

                      Koz Law, P.A.
                      320 S.E. 9th Street
                      Fort Lauderdale, Florida 33316
                      Phone: (786) 924-9929
                      Fax:   (786) 358-6071
                      Email: ekoz@kozlawfirm.com

                      _____

                      Elliot Kozolchyk, Esq.
                      Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 14, 2016 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Elliot Kozolchyk, Esq.

## SERVICE LIST

Lori Adelson, Esq.
Adelson Law Firm
*Counsel for Defendants*
500 E. Broward Boulevard, Suite 1700
Fort Lauderdale, FL 33394
Tel: (954) 453-5325
Fax: (954) 369-1412
Email: ladelson@adelsonlawmediation.com

2