**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-60679-CIV-DIMITROULEAS**

JAMES DANIEL SWARTHOUT,
DANIEL THOMAS WILLIAMS,

    Plaintiff,
v.

ACCURATE LAND SURVEYORS, INC.,
ROBERT L. THOMPSON,
CHRISTOPHER CARVELL,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

    THIS CAUSE is before the Court *sua sponte*.

    On April 1, 2016, this Court entered an Order [DE 6] requiring the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. The docket reflects that the parties settled the case as of June 14, 2016. [DE 14]. As of the date of this Order, however, the parties have not submitted a settlement agreement for the Court's review and/or a stipulation, notice, or motion for dismissal. As the Court has explained to the parties, any settlement, bargain, or other compromise resolving an FLSA claim must either be presented to the Secretary of Labor or scrutinized by the district court for fairness. [DE 5]; *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). Therefore, any voluntary dismissal or stipulation of dismissal will require the parties to submit a settlement agreement for judicial review and approval.

    Accordingly, it is **ORDERED AND ADJUDGED** that no later than **July 8, 2016**, the

parties shall either file a settlement agreement and the appropriate dismissal papers pursuant to Rule 41 of the Federal Rules of Civil Procedure or show cause why those documents have not been filed. Failure to timely respond may result in sanctions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of June 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record